## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ANDRII PLAKHOTNIUK**,

    *Petitioner*,

    v.

**MICHAEL T. ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, ET AL.**,

    *Respondents.*

**Case No. 2:26-cv-00473-JDW**

## ORDER

**AND NOW**, this 4th day of February, 2026, I note as follows.

1.    On February 3, 2026, Respondents filed a status letter on the docket (ECF No. 7), confirming that U.S. Immigration And Customs Enforcement released Petitioner Andrii Plakhotniuk from detention on January 28, 2026. This renders Mr. Plakhotniuk's Petition For Writ Of Habeas Corpus and his Emergency Motion For Temporary Restraining Order And Order To Show Cause moot.

2.    Upon releasing Mr. Plakhotniuk from custody, Respondents placed him under an order of supervision that requires him to report to their Philadelphia office on February 11, 2026. Mr. Plakhotniuk contends that "[r]equiring him to report so soon after his release his highly unusual[,]" and he suspects that "ICE will again detain him ...." (ECF

No. 8.) As such, Mr. Plakhotniuk has asked that I hold this case in abeyance until after February 11, 2026, in the event that Respondents detain him a second time, but that is not how things work.

3.      The Court has jurisdiction only over a live case or controversy. As it stands now, Mr. Plakhotniuk is not in custody, so his Petition to be released from custody is moot. And his suspicion that Respondents may take him into custody again does not make his future claim ripe. In the event Respondents detain Mr. Plakhotniuk again, and Mr. Plakhotniuk has a good faith basis to assert that his second detention is unlawful as well, then he may file a new habeas petition challenging that detention.

Therefore, it is **ORDERED** that Mr. Plakhotniuk's Petition For Writ Of Habeas Corpus (ECF No. 1) and his Emergency Motion For Temporary Restraining Order And Order To Show Cause (ECF No. 2) are **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
